

**MEMO ENDORSED**

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 13, 2020

**By ECF**
Hon. Andrew L. Carter Jr.
United States Courthouse
40 Foley Square, Room 435.
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-16-20

Re: *United States v. Jose Escobar*, **19 Cr. 828 (ALC)**

Dear Judge Carter,

The Government writes to provide notice of an appeal of Magistrate Judge Freeman's January 8, 2020 Order, which granted pretrial release to Jose Escobar. (Dkt. 37.)[1] The Government is available to proceed in whichever manner the Court prefers, whether by written submission or appearance.

Pursuant to Magistrate Judge Freeman's Order, Mr. Escobar remains detained until all of his conditions of release are met, which has not yet occurred. The Government further requests that the Court stay Magistrate Judge Freeman's Order to maintain the *status quo* pending resolution of the appeal by this Court.

The Government is available to address any questions the Court may have.

The application is granted.
The order is stayed. Bail Hearing
set for 1-21-20 at 10:00 a.m.
So Ordered.
/s/ Andrew L. Carter
1-16-20

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

by: /s/_____
Ryan B. Finkel
Assistant United States Attorney
(212) 637-6612

CC: Dawn Cardi, Esq. (by ECF)

---

[1] The Government has ordered a transcript of the hearing below, which is expected in 1 – 3 business days.