

MEMO ENDORSED



CARDI & EDGAR
LLP

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-31-20
```

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

January 16, 2020

*Via ECF and Email*

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  United States v. Jose Escobar, et al., 19-cr-828 (ALC)

Your Honor:

I am CJA counsel to Jose Escobar.

Earlier today Your Honor scheduled a bailing hearing in the above case for January 21, 2020 at 10am. I will be away at a conference that day.

The parties are available Wednesday January 22, 2020 at 10am. The Court's Deputy, Ms. Hunter-Hicks, confirmed the Court is available on that date and time. Accordingly, we respectfully request the Court reschedule the bail hearing.

Thank you.

Respectfully submitted,

/s/

Dawn M. Cardi

CC: AUSA Elizabeth Bracewell (via ECF and E-mail)
AUSA Ryan Finkle (via ECF and E-mail)

The application is ✓ granted.
              denied.

Andrew L. Carter Jr, U.S.D.J.
Dated: January 21, 2020
NY, New York

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com