**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| **UNITED STATES,** | : |
| | : |
| **Plaintiff,** | : |
| | : |
| -against- | : |
| | : |
| | : |
| **JOSE ESCOBAR,** | : |
| **Defendant.** | : |
| | : |

**1:19-CR-828 (ALC)**

**ORDER**

-------------------------------------------------------------x

**ANDREW L. CARTER, JR., United States District Judge:**

On January 8, 2020, Magistrate Judge Freeman granted Mr. Escobar bail. The government appealed and the Court detained Mr. Escobar. On March 19, 2020, Mr. Escobar's attorney wrote requesting that the Court reconsider its decision denying bail. The request was based on the rapid spread of COVID-19. The government opposed this request.

By **Wednesday, March 25, 2020**, the parties should submit additional letters to the Court. Defense Counsel should indicate whether she has been able to set up legal visits with her client through telephone. If so, she should indicate whether there have been any restrictions on the number of calls she can schedule with her client, the duration of those calls, or the privacy available during those calls. The government similarly should indicate whether it has any knowledge as to restrictions that have been put in place with respect to legal calls at MDC. Both parties should also speak to home detention, specifically, both parties should indicate their positions on the need for home detention in the event the Court were to grant bail.

**SO ORDERED.**

**Dated:** March 23, 2020

New York, New York                        **ANDREW L. CARTER, JR.**
                                          **United States District Judge**