```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __10/7/20__
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

        - v. -

JOSE ESCOBAR,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

19 Cr. 828 (ALC)

    WHEREAS this Court has referred this matter to the Magistrate Judge on duty for the purpose of permitting Jose Escobar, the defendant, to enter a guilty plea in the above-captioned matter;

    WHEREAS the defendant has requested that his guilty plea be taken remotely;

    WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

    WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act; findings made by the Judicial Conference of the United States; and the September 16, 2020 Second Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by video conference, or telephone conference if videoconferencing is not reasonably available, subject to certain findings made by the District Judge assigned to the matter;

    WHEREAS the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone if video teleconference is not reasonably available;

    THE COURT HEREBY FINDS that defendant JOSE ESCOBAR has consented to proceeding remotely and, for the reasons set forth in the parties' application dated September 29, 2020, the plea proceeding cannot be further delayed without serious harm to the interests of justice

and therefore may proceed remotely by video conference, or by telephone if video teleconference is not reasonably available.

    SO ORDERED.

Dated: New York, New York
       October 7, 2020

                                        HONORABLE ANDREW L. CARTER
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF NEW YORK