**MEMO ENDORSED**



COUNSELORS AT LAW

CARDI & EDGAR LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __5/18/21__

May 14, 2021

*Via ECF and Email*

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re: <u>United States v. Jose Escobar</u>, 19-cr-828 (ALC)

Your Honor:

    I am CJA counsel to Jose Escobar. I write, with no objection from the government, to request a 60-day adjournment of Mr. Escobar's sentencing, currently scheduled for June 3, 2021. This is the defendant's second request for an adjournment of his sentencing.

    The Court-appointed mitigation specialist is still waiting for important school records from the NYC Department of Education. He has followed-up and has been told they are in process. We believe these records are critical for a complete and accurate presentation of Mr. Escobar's history.

    As noted, the government has no objection. Thus, we respectfully request for an adjourn date of 60-days.

    I thank the Court for its attention to this matter.

                          Respectfully submitted,

                          /s/

                          Dawn M. Cardi

cc:     All Parties (via ECF)

The application is **GRANTED**. Sentencing adjourned to 8/5/21 at 2:00 p.m.
So Ordered.

*/s/ Andrew L. Carter* 5/18/21

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com