# MEMO ENDORSED



**CARDI & EDGAR** LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __7/2/21__

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Jessica Friedrich
Joanna C. Kahan

Of counsel
Diane Ferrone

July 2, 2021

<u>*Via ECF and Email*</u>

Hon. Andrew L. Carter, Jr.
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: <u>United States v. Jose Escobar, et al.</u>, 19 Cr. 828 (ALC)

Dear Judge Carter:

I represent Jose Escobar in the above-referenced matter.

Mr. Escobar is presently scheduled to be sentenced on August 5, 2021. Our court-appointed mitigation specialist has been waiting for NYC Department of Education records since February. The delay has already necessitated one request to adjourn Mr. Escobar's sentencing. Annexed hereto is the signed and notarized Requisition for Records that was sent to the NYC DOE back in February. The mitigation specialist has followed up numerous times with no success.

I write to respectfully request that the Court so-order that the Department of Education to produce the requested records forthwith.

I thank the Court for its attention to this matter.

Very truly yours,

/s/

Dawn M. Cardi

cc: All Parties (via ECF)

SO ORDERED: /s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
7/2/21



OFFICE USE ONLY
Carton Number:
Barcode Number:

## Requisition for Special Education Records

Date: 2/1/21     Requestor: Mercer Mitigation c/o Maggie Murphy
                             (Name/Agency)

Address where copies are to be mailed: 30 Day Street #2
                                         Street Address

South Portland                                    ME           04106
Town                                              State        Zip Code

Telephone Number: 917-770-7874

Special Education Records Requested  Legal/Mitigation Purposes
                                     (Specify) **Special Education Evaluation Documents Only**

### Student Information

Students Name: Jose Escobar                    Date of Birth: 3/27/1987
              (As it would appear on record)

Home Address: Incarcerated
              Street Address        State        Zip Code

Name of Parent/Guardian: _____ / _____

Last New York City Public School Attended _____

### Release Statement

I, JOSE ESCObar, authorize the New York City Department of Education to release the records that pertain to self/child to the person(s) or agency indicated above.
                                  (Circle one)

Jose Escobar                                  2/9/21
Signature                                     Date

Diane Ferrone                          DIANE FERRONE
Notary Signature                       NOTARY PUBLIC-STATE OF NEW YORK
                                       No. 02FE6251536
                                       Qualified in New York County
                                       My Commission Expires 11-14-2023

Mail to:   New York City Department of Education
           Records Management
           65 Court Street
           Brooklyn, NY 11201