USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 8-20-21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

United States of America,

                              **ORDER**

                              19-CR-828 (ALC)

      -against-

Jose Escobar,
-----------------------------------------------------------X
ANDREW L. CARTER, JR., United States District Judge:

    Sentencing set for **August 26, 2021** at **10:00 a.m.**

    **SO ORDERED.**

Dated: New York, New York
       August 20, 2021

                                              _____
                                              ANDREW L. CARTER, JR.
                                              UNITED STATES DISTRICT JUDGE