

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 28, 2023

**BY ECF**

The Honorable Andrew L. Carter Jr.
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 3/28/23
```

Re:   *United States v. Jose Escobar*, 19 Cr. 828 (ALC)

Dear Judge Carter:

The Government writes to respectfully request that its time to respond to the above-captioned defendant's motion for compassionate release be extended to April 10, 2023. The Government submits additional time is appropriate so that the Government may obtain documentation from FCI Danbury to evaluate the defendant's claims. In addition, the Office conducts an internal review process to assess the merits of the defendant's claim before filing a response with the Court.

The Government is available to address any questions the Court may have.

The application is **GRANTED**.
So Ordered.

*/s/ Andrew L. Carter 3/28/23*

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: /s/_____
Mollie Bracewell
Ryan Finkel
Assistant United States Attorney
(212) 637-2218/-6612

cc:   Jose Escobar (Reg. No. 87510-054) (via U.S. Mail)
33 1/2 Pembroke Station
Route 37
Danbury, CT  06811