UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

UNITED STATES OF AMERICA,

                Plaintiff,

      - v. -

JOSE ESCOBAR,

                Defendant.

-----------------------------------------------------------------x

19-CR-828 (ALC)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-24-25

ANDREW L. CARTER, JR., District Judge:

    A Violation of Supervised Release Hearing is scheduled for **January 28, 2025,** at **12:00 p.m.**

SO ORDERED.

Dated:    New York, New York
             January 24, 2025

                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**