USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1-28-25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x
UNITED STATES OF AMERICA,

                Plaintiff,

    - v. -

JOSE ESCOBAR,

               Defendant.

----------------------------------------------------------------- x

19-CR-828 (ALC)

**ORDER**

ANDREW L. CARTER, JR., District Judge:

    The Violation of Supervised Release Hearing scheduled for today, January 28, 2025, is adjourned to **1:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            January 28, 2025

                                              _____
                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**