```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4-16-25
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

          -against-

JOSE ESCOBAR,

                            Defendants.

------------------------------------------------------------------ x

19-CR-828 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

The violation of supervised release hearing scheduled for April 24, 2025, will take place at **2:30 p.m.**

**SO ORDERED.**

Dated:    New York, New York
            April 16, 2025

                                                      _____
                                                        **ANDREW L. CARTER, JR.**
                                                        **United States District Judge**