

**CARDI & EDGAR** LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

April 23, 2025

**Via ECF**

The Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 4/23/25

    Re: *United States v. Jose Escobar*, 19 Cr. 828 (ALC)

Dear Judge Carter:

    I am counsel to Jose Escobar in the above-referenced action. I write to request an adjournment of the hearing on the violation of supervised release, which is scheduled for April 24, 2024 at 2:30 PM. The reason for this request is that I have a conflict with another matter. I am requesting April 29, 2025. United States Probation is available on that date. I contacted the government regarding this request and the assigned Assistant United States Attorney is out of the office.

    I thank the Court in advance for its consideration of this matter.

    Respectfully submitted,

    /s/

    Dawn M. Cardi

cc: all parties via ECF

The application is **GRANTED**. The hearing on the violation of supervised release is adjourned to 4/29/25 at 3:30 p.m.
So Ordered.

*/s/ Andrew L. Carter, Jr.*
4/23/25

99 Madison Avenue, 8th Floor, New York, NY 10016 • 212.481.7770 TELEPHONE • 212.271.0665 FACSIMILE • 917.543.9993 CELL • cardiedgarlaw.com