USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/29/25__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

UNITED STATES OF AMERICA,

-against-

19-CR-828 (ALC)

ORDER

JOSE ESCOBAR,

Defendants.
-------------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

Today's violation of supervised release hearing is RESCHEDULED to **2:30 p.m.**

**SO ORDERED.**

Dated:   New York, New York
         April 29, 2025

_____
ANDREW L. CARTER, JR.
United States District Judge