USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2-25-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

    - v. -

**JOSE ESCOBAR,**

                  **Defendant.**

-------------------------------------------------------------------- x

**19-CR-828 (ALC)**

<u>**ORDER**</u>

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **February 26, 2026**, at **3:00 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
      **February 25, 2026**

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**