USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#:
DATE FILED: 8-6-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x

**UNITED STATES OF AMERICA,** :

**- v. -** :

**JOSE ESCOBAR ,** :

**Defendant.** :

---------------------------------------------------------------- x

**19-CR-00828 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release Hearing is set for **August 13, 2026** at **2:00 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**August 6, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**