CARDI & EDGAR LLP

Partners
Dawn M. Cardi
Chad L. Edgar

Associate
Joanna C. Kahan

Senior Counsel
Michelle M. Younger

Of counsel
Nina Epstein

August 10, 2026

**BY ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: __________
DATE FILED: 8/11/26

Honorable Andrew L. Carter
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re: *United States v. Escobar,* 19 Cr. 828 (ALC)

Dear Judge Carter:

I represent Jose Escobar in the above-referenced action. The Court has scheduled a hearing in the matter for August 13, 2026 at 2 p.m. Unfortunately, I am on trial in a matrimonial matter on that date and, therefore, must respectfully ask for an adjournment. I have conferred with the government and probation about my conflict and they are available on the following date at the following time, assuming the court is available: September 3, 2026 in the afternoon.

We thank the Court in advance for its consideration of these matters.

Respectfully submitted,

/s/

Dawn M. Cardi

cc: All Counsel (by ECF)

The application is **GRANTED**. The Violation of Supervised Release Hearing is adjourned to 9/3/26 at 2:30 p.m.
So Ordered.

Andrew L. Carter Jr.
8/11/26