USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#:
DATE FILED: 10-21-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA,**

**-against-**

**JOSE ESCOBAR,**

**Defendants.**

**19-CR-828 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

A Violation of Supervised Release is scheduled for **October 27, 2026,** at **12:00 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**October 21, 2026**

**ANDREW L. CARTER, JR.**
**United States District Judge**