USDC SDNY
DOCUMENT ELECTRONICALLY
FILED
DOC#: ____________
DATE FILED: 10-27-26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------- x

**UNITED STATES OF AMERICA,**

**-against-**

**JOSE ESCOBAR,**

**Defendants.**

---------------------------------------------------------------------- x

**19-CR-828 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., District Judge:**

Today's Violation of Supervised Release Hearing is ADJOURNED to **November 5, 2026**, at **4:30 p.m.**

**SO ORDERED.**

**Dated: New York, New York**
**October 27, 2026**

[signature]

**ANDREW L. CARTER, JR.**
**United States District Judge**